FILED IN CLERK'S OFFICE

APR 21 2011

JAMES N. HATTEN, CLERK
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| GLEN STEWART, DARSHANPRIT DHILLON, JOHN KRAKOWSKI, and SALLY YOUNG individually and on behalf of those similarly situated, § § § § § | Civil Action No. 3:10-cv-2275-P (pending in the Northern District of Texas) |
| Plaintiffs, § § | |
| v. § § | 1 11 MI-0028 |
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, ALLIED PILOTS ASSOCIATION, AMERICAN AIRLINES, INC., and AMERICAN EAGLE AIRLINES, INC., § § § § § § | |
| Defendants. § | |

## MOTION OF AIR LINE PILOTS ASSOCIATION, INTERNATIONAL FOR AN ORDER COMPELLING THEODORE CASE TO COMPLY WITH SUBPOENA *DUCES TECUM*

Pursuant to Federal Rule of Civil Procedure 45(c)(2)(B)(i) and Local Rule 37.1, Defendant Air Line Pilots Association, International ("ALPA"), moves to compel Theodore Case to comply with the subpoena *duces tecum* served on March 17, 2011. The grounds for this motion are set forth in the accompanying Memorandum in Support of Motion of [ALPA] for an Order Compelling Theodore Case to Comply with Subpoena *Duces Tecum* and the Declaration of James K. Lobsenz and exhibits thereto.

Respectfully submitted,

[signatures on following page]

_(signature)_
Norman J. Slawsky
GA Bar No. 652225
Jacobs & Slawsky
315 W. Ponce de Leon Ave.
Suite 850
Decatur, GA 30030
404-378-1711 ext. 221
404-377-6101 fax
nslawsky@gmail.com

Marcus C. Migliore (not admitted in N.D. Ga.)
D.C. Bar No. 411674
James K. Lobsenz (not admitted in N.D. Ga.)
D.C. Bar No. 432654
Matthew Babcock (not admitted in N.D. Ga.)
D.C. Bar No. 488107
AIR LINE PILOTS ASSOCIATION, INT'L
1625 Massachusetts Avenue, NW
Washington, D.C. 20036
(202) 797-4054
(202) 797-4014 fax
marcus.migliore@alpa.org
jim.lobsenz@alpa.org
matthew.babcock@alpa.org

*Counsel for Defendant*
*Air Line Pilots Association, International*

## CERTIFICATE OF ATTEMPT TO CONFER
## PURSUANT TO LOCAL RULE 37.1.A.(1)

As set forth in the Declaration of James K. Lobsenz (paragraphs 9-10), counsel for Defendant Air Line Pilots Association, James K. Lobsenz sent non-party Theodore Case a letter via email and first-class mail on April 5, 2011 in an attempt to convince Mr. Case to comply with the subpoena *duces tecum*. Mr. Lobsenz did not receive a response from Mr. Case to that email and letter.

_____
Norman J. Slawsky

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion, Memorandum in Support and Declaration of James K. Lobsenz with exhibits thereto has been served on all parties and/or their respective counsel of record in this action on April 21, 2011, in the manner set forth below:

Via Fedex overnight upon:    Theodore Case
2463 Waterscape Trail
Snellville, GA 30078

Via first-class mail, postage prepaid upon:

| | |
|---|---|
| Sanford R. Denison<br>Baab & Denison, LLP<br>Stemmons Place, Suite 1100<br>2777 N. Stemmons Freeway<br>Dallas, TX  75207<br><br>Edgar N. James<br>Jeff Vockrodt<br>James & Hoffman, P.C.<br>1130 Connecticut Avenue, NW, Suite 950<br>Washington, DC  20036<br><br>Counsel for Defendant Allied Pilots Association | William C. Strock<br>Erin Eileen Shea<br>Haynes and Boone, LLP<br>2323 Victory Avenue, Suite 700<br>Dallas, TX  75219<br><br>Jack J. Gallagher<br>Intra L. Germanis<br>Paul Hastings Janofsky & Walker LLP<br>875 15th Street, NW<br>Washington, DC  20005<br><br>Counsel for Defendant American Eagle Airlines, Inc. |
| Patrick J. Maher<br>Shannon Gracey Ratliff & Miller, LLP<br>777 Main Street, Suite 3800<br>Fort Worth, Texas  76102<br><br>Allen P. Press<br>Timothy J. Lemen<br>W. Scott Rose<br>Green Jacobson PC<br>7733 Forsyth Blvd., Suite 700<br>Clayton, MO  63105<br><br>Counsel for Plaintiffs | Ronald E. Manthey<br>Melissa M. Hensley<br>Elizabeth M. Bedell<br>Morgan Lewis & Bockius LLP<br>1717 Main Street, Suite 3200<br>Dallas, TX 75201<br><br>Jonathan C. Fritts<br>Morgan Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, D.C.  20004<br><br>Counsel for American Airlines, Inc. |

_____
Norman J. Slawsky